### MICHIGAN BELL TELEPHONE COMPANY v. CITY OF DETROIT.

This case is controlled by *Detroit Edison Company* v. *City of Detroit, ante,* 348.

Appeal from Wayne; O'Hara (Chester P.), J. Submitted October 10, 1951. (Docket No. 80, Calendar No. 45,134.) Decided January 15, 1952.

Bill by Michigan Bell Telephone Company, a Michigan corporation, against City of Detroit to restrain moving of utility lines and for declaration of rights with reference to whether plaintiff or defendant should bear the cost of moving poles and equipment. Decree for defendant. Plaintiff appeals. Affirmed.

*James Morgan Smith, Jack H. Shuler* and *Donald E. Brown,* for plaintiff.

*Paul T. Dwyer,* Corporation Counsel, and *Walter E. Vashak,* Assistant Corporation Counsel, for defendant.

DETHMERS, J.    This is a companion case to *Detroit Edison Co.* v. *City of Detroit, ante,* 348, in which the opinion of this Court was this day handed down. The material facts and the easements involved are the same.   While differences might be claimed to exist with relation to the franchises of the respective plaintiffs in the 2 cases, under the stipulations upon which the cases were submitted the question presented in each case is the same and decision therein is controlling here.   Accordingly, the decree of the trial court in favor of defendant is affirmed, with costs to defendant.

NORTH, C. J., and CARR, BUSHNELL, SHARPE, BOYLES, and REID, JJ., concurred.   BUTZEL, J., did not sit.